No. 1483, Misc. ROBERTS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General 'Vinson* and *Beatrice Rosenberg* for the United States.

No. 1491, Misc. LAUGHLIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 1492. MOORE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 1493, Misc. PINKNEY *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 1494, Misc. HENDRICKS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 1510, Misc. HOLLAND *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 1512, Misc. POSTELL *v.* WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1558, Misc. WOOD *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Henry Mark Holzer* and *Phyllis Tate Holzer* for petitioner. *Solicitor General Marshall* for the United States.

No. 365, Misc. GRASS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, for respondent.